Diamond State Insurance Company

                                     Plaintiff,

v.                                                               Case No.: 1:14–cv–07764
                                                                      Honorable Manish S. Shah

Brent Duke, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Telephone hearing held regarding defendants' motion for partial summary judgment [101]. For the reasons stated on the record, the motion [101] is denied. By 8/5/21, the parties shall file a joint status report with proposals for the next steps in the case. The court will issue a responsive order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.